# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

CENTURY INDEMNITY COMPANY,
    Plaintiff

  vs.                                                             C.A. No. 09-285 S

LIBERTY MUTUAL INSURANCE COMPANY,
    Defendant

## JUDGMENT

[ ] Jury Verdict.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[ X ] Decision by the Court.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

    Pursuant to the Opinion and Order granting Century Indemnity Company's Motion for Summary Judgment and denying Liberty Mutual Insurance Company's Cross-Motion for Summary Judgment entered by this Court on September 6th, 2011, judgment hereby enters for the Plaintiffs Century Indemnity Company and against Defendant Liberty Mutual Insurance Company in the amount of $5,020,654.92.

                                                        Enter:

                                                        /s/ Ryan H. Jackson
                                                        _____
                                                        Deputy Clerk

Dated: September 6th, 2011